James S. Yu
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Molly M. Joyce (to be admitted *pro hac vice*)
Marcus L. Mintz (to be admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

*Attorneys for Plaintiff Allstate Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ALLSTATE INSURANCE COMPANY

                  Plaintiff,

v.

YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA
ANASTASOPOULOS, and FRANCES BOULAS,

                  Defendants.

-------------------------------------x

ORIGINAL

CV-13 - 7211

Civ. A. No. _____

**PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT**

## CORPORATE DISCLOSURE STATEMENT

Plaintiff Allstate Insurance Company, pursuant to Fed. R. Civ. P. 7.1, states as follows for its Corporate Disclosure Statement:

1. Allstate Insurance Company is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, which is a Delaware limited liability company.

2. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation.

16573863v.1

3.      The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

**DATED: December 18, 2013**

Respectfully submitted,

[signature]

*Attorneys for Plaintiff Allstate Insurance Company*

James S. Yu
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Molly M. Joyce (to be admitted *pro hac vice*)
Marcus L. Mintz (to be admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
*Attorneys for Plaintiff Allstate Insurance Company*