AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ALLSTATE INSURANCE COMPANY )
)
)
*Plaintiff(s)* )
v. ) Civil Action No. CV 13- 7211
)
YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA )
ANASTASOPOULOS, and FRANCES BOULAS )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrew Sidakis
63 Boulder Brook Road
Wilton, Connecticut 06897

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James S. Yu
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: DEC 18 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | ) | |
| | ) | |
| *Plaintiff(s)* | ) | **CV 13-    7211** |
| v. | ) | Civil Action No. |
| YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA ANASTASOPOULOS, and FRANCES BOULAS | ) | |
| | ) | WEINSTEIN |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anna Anastasopoulos
21-19 74th Street
East Elmhurst, New York 11370

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James S. Yu
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **DEC 18 2013**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br><br>YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA ANASTASOPOULOS, and FRANCES BOULAS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>) **CV13- 7211**<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frances Boulas
924 123rd Street
College Point, New York 11356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James S. Yu
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: DEC 18 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA ANASTASOPOULOS, and FRANCES BOULAS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) **CV13-  7211**<br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Yannis Sidakis
63 Boulder Brook Road
Wilton, Connecticut 06897

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James S. Yu
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **DEC 18 2013**

DOUGLAS C. PALMER
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*