James S. Yu
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Molly M. Joyce (to be admitted *pro hac vice*)
Marcus L. Mintz (to be admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

*Attorneys for Plaintiff Allstate Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- x

ALLSTATE INSURANCE COMPANY,

                                       Plaintiff,

v.

YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA
ANASTASOPOULOS, and FRANCES BOULAS,

                                       Defendants.

------------------------------------- x

**ECF CASE**

Civ. A. No. 13-7211 (JBW) (JMA)

**NOTICE OF MOTION FOR
EXPEDITED DISCOVERY AND TO
PRESERVE EVIDENCE**

**(Oral Argument Requested)**

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of James S. Yu, dated December 20, 2013, together with Exhibits A annexed thereto, the accompanying Memorandum of Law, and upon all the pleadings and proceedings herein, Plaintiff Allstate Insurance Company ("Allstate"), by its undersigned counsel, will move this Court on January 15, 2014, at 10:00 a.m., or alternatively at a date and time to be determined by the Court, before The Honorable Jack B. Weinstein, United States District Judge, Eastern District of New York, at the United States Courthouse, 225 Cadman Plaza east, Brooklyn, New York 11201, for entry of the

16546392v.3

accompanying proposed form of Order: 1) allowing Allstate to conduct limited, expedited discovery on issues raised in Allstate's Verified Complaint; and 2) directing Defendants Yannis Sidakis ("Yannis"), Andrew Sidakis ("Andrew"), Anna Anastasopoulos ("Anna") and Frances Boulas ("Frances") (collectively, "Defendants") to preserve evidence, including but not limited to, all discs and electronic data storage devices in their possession, custody or control on which Allstate's trades secrets and other confidential information may currently or have previously resided.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, Plaintiff's answering papers to this motion, if any, are to be served on or before seven (7) days after service of the moving papers, and Plaintiff's reply papers, if any, are to be served within two (2) days after service of the answering papers.

**DATED: December 20, 2013**                     Respectfully submitted,

                                                 [signature]

                                                 *Attorneys for Plaintiff Allstate Insurance Company*

James S. Yu
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Molly M. Joyce (to be admitted *pro hac vice*)
Marcus L. Mintz (to be admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000