James S. Yu
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Molly M. Joyce (to be admitted *pro hac vice*)
Marcus L. Mintz (to be admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

*Attorneys for Plaintiff Allstate Insurance Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

ALLSTATE INSURANCE COMPANY : **ECF CASE**

                            Plaintiff, : Civ. A. No. 13-7211 (JBW) (JMA)

v. : **DECLARATION OF JAMES S. YU, ESQ. IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY AND TO PRESERVE EVIDENCE**

YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA :
ANASTASOPOULOS, and FRANCES BOULAS, :

                          Defendants. :

------------------------------------x

I, James S. Yu, being duly sworn, declares pursuant to 28 U.S.C. § 1746 that:

1. I am a member of the Bar of this Court and an associate in the firm of Seyfarth Shaw LLP, attorneys for plaintiff Allstate Insurance Company ("Allstate') in the above-captioned action. This Declaration is submitted in support of Allstate's motion for expedited discovery and to preserve evidence. I make this Declaration under penalty of perjury.

2. Annexed hereto as Exhibit A is a true and correct copy of Plaintiff's proposed expedited Interrogatories and Requests for Production of Documents to Defendants.

Executed on:  New York, New York
 December 20, 2013

_____
James S. Yu

16607806v.1