UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YANNIS SIDAKIS, ANDREW SIDAKIS, ANNA )<br>ANASTASOPOULOS, and FRANCES BOULAS, )<br>)<br>Defendants. ) | **ECF CASE**<br><br>Civ. A. No. 13-7211 (JBW) (JMA) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## [PROPOSED] ORDER

This cause coming to be heard on Plaintiff Allstate Insurance Company's ("Allstate") Motion for Expedited Discovery and to Preserve Evidence, this Court, having reviewed and considered Allstate's Motion and having heard the arguments of counsel, finds and concludes as follows:

The Court determines that Allstate's Motion for Expedited Discovery shall be GRANTED.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

1. Allstate is given leave to issue its written discovery requests within twenty-four (24) hours of entry of this Order;

2. Defendants shall respond to Allstate's written discovery requests within fourteen (14) calendar days of this Order;

3. Defendants shall preserve and produce for inspection, within seven (7) calendar days of this Order, any and all electronic devices, including but not limited to, any home and/or work computers, hard drives, flash drives, iPods, iPads, cell phones, tablets, PDAs and other external storage devices in their possession, custody or control;

4. Defendants shall appear for a deposition upon five (5) calendar days' notice and in any event within twenty-one (21) calendar days of the entry of this Order; and

5. Defendants shall preserve all evidence relevant to the facts and circumstances alleged in Allstate's Verified Complaint.

16546392v.3

2

IT IS SO ORDERED.

DATED this ___ day of January, 2014

_____  
United States District Judge